IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NELSON CUEVAS,** | : | |
| | : | |
| Petitioner, | : | |
| | : | **Civil No. 1:19-CV-1733** |
| v. | : | |
| | : | **Judge Sylvia H. Rambo** |
| **COMMONWEALTH OF PA,** *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 20th day of April, 2020, upon consideration of Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241(c)(3), **IT IS ORDERED THAT**:

1. The petition (Doc. 1) is denied.

2. Petitioner's motion for appointment of counsel (Doc. 7) is denied.

3. Petitioner's motion for compassionate release (Doc. 9) is denied.

4. The Clerk of Court shall close this file.

                                                      s/Sylvia H. Rambo
                                                      SYLVIA H. RAMBO
                                                      United States District Judges